IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY MOORE,

                Plaintiff,          ORDER

   v.

                                09-cv-361-slc

DANE COUNTY CLERK OF COURTS,
DANE COUNTY COURTHOUSE,
STATE OF WISCONSIN,
HONORABLE JUDGE STEVEN EBERT,
and ERIN OCELOTT MONTES,

                Defendants.

---

RODNEY C. MOORE,

                Plaintiff,          ORDER

   v.

                                09-cv-362-slc

DANE COUNTY MENTAL HEALTH,
DANE COUNTY EXECUTIVE, KATHLEEN FALK,
DR. KIMBERLY NESTLER,
LIANE NAKAMURA,
LT. RICHELLE J. ANHALT, Administration and
(DEPUTY) JAIL,

                Defendants.

---

RODNEY MOORE,

                Plaintiff,          ORDER

   v.

                                09-cv-363-slc

GRETHEN HAYWARD,
STATE OF WISCONSIN,
DANE COUNTY,
CITY OF MADISON and
DANE COUNTY COURTHOUSE,

                Defendants.

---

RODNEY MOORE,

          Plaintiff,

   v.

MARK BENNETT,
STATE OF WISCONSIN,
COLUMBIA COUNTY COURTHOUSE,
COLUMBIA COUNTY
JANE KOHLWAY,
MARK LAWTON and
CITY OF PORTAGE,

          Defendants.

ORDER

09-cv-364-slc

---

RODNEY MOORE,

          Plaintiff,

   v.

SUN PRAIRIE DEPT OF SOCIAL SERVICES,
STATE OF WISCONSIN,
DANE COUNTY,
Case Management SHEILA HANSON,
Intake Worker KATHRYN PENNINGROTH,
LYNN GREEN and CITY OF SUN PRAIRIE,

          Defendants.

ORDER

09-cv-365-slc

---

RODNEY C. MOORE,

          Plaintiff,

   v.

STATE OF WISCONSIN,
SUN PRAIRIE POLICE,
FRANK J. SMITH,
MICHAEL BUCKLEY,
SCOTT BARTNICK,
ADAM MOORE,
CITY OF SUN PRAIRIE,
KEVIN KONOPACKI and
PAT ANHALT,

          Defendants.

ORDER

09-cv-366-slc

Plaintiff Rodney Moore, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has filed six new cases. He requests leave to proceed *in forma pauperis* and has supported his request with a copy of his trust fund account statement for the month of May 2009. Because this statement does not cover the six-month period immediately preceding the filing of these lawsuits, I have copied for use in this case a six-month trust fund account statement plaintiff submitted recently in connection with another lawsuit he filed in this court, *Moore v. Grams*, 09-cv-147-slc. From these statements, it appears that plaintiff presently has no means with which to pay initial partial payments of the $350 fees for filing his complaints. However, plaintiff should be aware that he is obligated to pay the $350 filing fee in each case, even if this court determines that he will not be permitted to proceed with his complaints *in forma pauperis* and even if he does not presently have funds with which to pay the fees. 28 U.S.C. § 1915(b)(1). His account will be monitored and the fees must be taken in monthly installments when the funds exist.

I note that plaintiff has not signed the proposed complaints he submitted in two of the six cases, case nos. 09-cv-362-slc and 09-cv-366-slc. Copies of these complaints are being returned to plaintiff with his copy of this order so that he may sign and return them to this court. If plaintiff wishes to continue with these two lawsuits he will be required to file signed copies of these complaints by July 1, 2009.

ORDER

IT IS ORDERED that plaintiff may have until July 1, 2009, in which to file signed copies of his complaints in case nos. 09-cv-362-slc and 09-cv-366-slc. If plaintiff files signed copies of

the complaints in case nos. 09-cv-362-slc and 09-cv-366-slc by the July 1, 2009 deadline, the complaints will be taken under advisement for a determination under 28 U.S.C. § 1915(e)(2) whether these actions or any portion of them must be dismissed as frivolous or malicious, for failure to state a claim on which relief may be granted or because plaintiff seeks monetary relief against a defendant who is immune from such relief. If, by July 1, 2009, plaintiff fails to submit signed complaints in case nos. 09-cv-362-slc and 09-cv-366-slc, I will assume that he wishes to withdraw these actions voluntarily and, in that event, the clerk of court is directed to close these cases without prejudice to plaintiff's filing them at a later date.

Further, IT IS ORDERED that the complaints in case nos. 09-cv-361-slc, 09-cv-363-slc, 09-cv-364-slc and 09-cv-365-slc are being taken under advisement for a determination under 28 U.S.C. § 1915(e)(2) whether these actions or any portion of them must be dismissed as frivolous or malicious, for failure to state a claim on which relief may be granted or because plaintiff seeks monetary relief against a defendant who is immune from such relief.

Finally, IT IS ORDERED, that the clerk of court is requested to insure that the court's financial records reflect that plaintiff owes the $350 filing fee for each of these cases, in accordance with the requirements of the Prison Litigation Reform Act.

Entered this 18th day of June, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge